UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No.:  21-mj-386 (ZMF) |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL ADAMS** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the discovery letter, dated June 16, 2021 in this case, which was served as an attachment via the Court's Electronic Filing System on counsel for the Defendant.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney

By: _____/s/ Vivien Cockburn_____
    VIVIEN COCKBURN
    Assistant United States Attorney
    U.S. Attorney's Office
    555 4th Street, NW
    Washington, DC  20530
    (202) 252-7245
    Vivien.cockburn@usdoj.gov

## Certificate of Service

I hereby certify that I caused a copy of the Notice of Filing and attached Discovery Letter (without attachments) to be served upon defendant's counsel via the Court's Electronic Filing System, and Notice of Filing and attached Discovery Letter (with attachments) via email and/or USAfx on June 16, 2021.

    _____/s/ Vivien Cockburn_____
    VIVIEN COCKBURN
    Assistant United States Attorney



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530*

June 16, 2021

Shelli Peterson, Esquire
Federal Public Defenders
625 Indiana Ave, NW #550
Washington D.C.  20004

Re:   ***United States v. Michael Adams
Case No. 21-mj-386 (ZMF)***

Dear Counsel:

Please find enclosed initial discovery in the above-captioned case.

**I.     Plea Offer**

There is no plea offer at this time.

**II.    Discovery**

<u>**Documents/Videos**</u>

- Adams' cellphone:
    - Photos of recovered cellphone (x5)
    - T-Mobile records (19 pages/2 Excel)
- Google subscriber records (7 pages)
- Videos:
    - Capitol building video-surveillance:  ***The enclosed video-surveillance footage is designated as "Highly Sensitive," and is subject to the conditions set forth in the signed protective order, dated June 3, 2021, for "Sensitive" and "Highly Sensitive" materials.  Please provide a copy of your client's signed Attachment A form to the government.***
        - North Door Appointment (x1)

- Brumidi Corridor (1 clip)
- Senate Wing Door (1 clip)
- West Stairs (2 clips)
- Dominic video (2 clips)
- Parler video (1 clip)
- Body worn camera:
  - Ofc. Alexa Moore
  - Ofc. Marius Djoko

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

### III. Government's Discovery Requests

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant disclose prior statements of any witnesses that defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

### IV. Other information:

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

Please contact me if you have any issues accessing the information, and/or to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

Sincerely,

CHANNING D. PHILLIPS
Acting United States Attorney

*__/s/Vivien Cockburn_____*
Vivien Cockburn
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 252-7245
Vivien.cockburn@usdoj.gov

cc: United States District Court Case File (without attachments)